UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

SHAQUILLE MCLEAN

                                        Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 Mag. 380 - NSR

Defendant, <u>SHAQUILLE MCLEAN</u> hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


Shaquille McLean by *Susanne Brody*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Susanne Brody*
Defendant's Counsel's Signature

Shaquille McLean
Print Defendant's Name

Susanne Brody
Print Counsel's name

This proceeding was conducted by reliable video or telephone conferencing technology.

June 4, 2021
Date

_____
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York