USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

  -against-

SHAQUILLE MCLEAN,

                Defendant.

No. 21 CR 380 (01) (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      A review of the docket reveals that Defendant has been detained since his arrest on April 12, 2021 and Defendant is charged by felony information with knowing and intentional transmission in interstate and foreign commerce communications containing threats to injure the person of another in violation of Title 18, United States Code, Section 875(c). On July 7, 2021 Defendant indicated to the Court that he wishes to enter a guilty plea during the conference scheduled for 3:00 P.M. on July 12, 2021. (ECF No. 7.)

      In light of the ongoing Coronavirus Disease 2019 ("COVID-19") pandemic, Defendant's desire to resolve this matter without a trial as quickly as possible, his counsel Ms. Brody's desire to represent her client during this critical juncture of his case before she retires on July 16, 2021, and in order to comply with social distancing protocols and the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Shaquille McLean can and should be permitted to change his plea by video teleconference or by telephone conference before a Magistrate Judge of this Court pursuant to the CARES Act § 15002(b)(2)(A).

      Accordingly, it is hereby ORDERED that the plea hearing for Defendant Shaquille McLean be conducted by video teleconference or by telephone conference (if video conference is unavailable)

before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is directed to terminate the motion at ECF No. 7.

Dated: July 8, 2021
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge